No. D–1493. IN RE DISBARMENT OF SCOTT. It is ordered that Winfield William Scott, of Dallas, Tex., be suspended from the

practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.